IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

JEAN G. NYEMBO SHABANI,
KATSHELEWA MUGOGWA
Plaintiffs

Case No. 01-833 CIV HIGHSMITH

Magistrate Judge Garber

v.

JOHN POINDEXTER,
Defendant

## MOTION TO DISMISS WITHOUT PREDJUDICE FOR FAILURE TO TIMELY SERVE AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Defendant John Poindexter, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure moves this court for the entry of an order dismissing the Plaintiffs' complaint for failure to serve same within the time prescribed by the Federal Rules of Civil Procedure and in support thereof states:

1. Plaintiffs filed their complaint on February 27, 2001.

2. Defendant was served with the complaint on June 30, 2001.

3. More than 120 days elapsed been the time that the complaint was filed and the time that the complaint was served on the Defendant.

4. Rule 4(m) of the Federal Rules of Civil Procedure provides that the Court, upon motion, shall dismiss the action without prejudice where service is not completed within 120 days after the filing of the complaint.

5. Due to the fact that more than 120 days elapsed between the date of the filing of the Complaint and the date of service upon Defendant, this court must dismiss the Plaintiffs complaint as to this Defendant.

WHEREFORE , the Defendant prays that this court enter an order dismissing the Plaintiffs' complaint.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss for Failure to Timely Serve and Memorandum of Law in Support Thereof was mailed this 20th day of July, 2001 to Jean G. Nyembo Shabani and Katshelewa Mugogwa, Plaintiffs, 4001 N. Beltline Rd., Apt. 228, Irving Texas 75038.

John H. Poindexter
3790 Main Highway
Miami, FL 33133
Tel: 305-505-8806
Fax: 305-392-9971

By: _____
John H. Poindexter