IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.01-0833 CIV-LENARD/TURNOFF

JEAN G. NYEMBO SHABANI,
KATSHELEWA MUGOGWA
Plaintiffs,

V.

JOHN POINDEXTER,
Defendant.



## RESPONSE TO MOTION TO DISMISS

Plaintiffs, Jean G. Nyembo Shabani and Katshelewa Mugogwa, file their response to the Defendant's motion to dismiss, and in support show the following:

1. The copy of the motion does not bear the signature of the Defendant, therefore this Court should find the motion substantially defective and dismiss it for all purposes.

2. Plaintiffs did exercise due diligence in locating Defendant for purposes of service, but the Defendant's physical address could not be found until the end of June, after which date the Defendant was promptly served.

3. After breaching his duties as alleged in the complaint, the Defendant avoided correspondence with Plaintiffs and never communicated his new address to Plaintiffs.

4. Defendant is unable to allege or show any prejudice or harm arising out of the fact that he was not served until that time.